THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MAHADY, Appellant.

(Argued March 27, 1931; decided April 14, 1931.)

*David F. Lee* for appellant.

*William H. Coon, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.